Nicholson JACKSON, Appellant,

v.

Clarence JACKSON et al., Appellees.

Court of Appeals of Kentucky.

Feb. 12, 1960.

T. T. Burchell, Manchester, for appellant.

Roy W. House, John M. Lyttle, Manchester, for appellees.

PER CURIAM.

Appeal dismissed.

The record in this proceeding does not disclose the amount in controversy to be $2,500 or more. The appeal is not brought by motion as required by KRS 21.080 and is therefore dismissed sua sponte. Maslow Cooperage Corporation v. Hofgesang, Ky., 316 S.W.2d 126.